UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUANA CALZADO,

                      Plaintiff,

  -against-

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

                     Defendants.
------------------------------------------------------------------X

**NOTICE FOR REMOVAL**

      Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak"), through its attorneys, Landman Corsi Ballaine & Ford P.C., respectfully states upon information and belief:

      1.    On or about August 3, 2022, Defendant Amtrak received the Summons and Complaint in this action. A copy of the Summons and Verified Complaint is annexed hereto as **Exhibit A** and constitutes all prior pleadings filed in this action.

      2.    According to the Complaint, on or about July 30, 2019, Plaintiff was a passenger on a train, allegedly owned by Amtrak, traveling to New York Pennsylvania Station and was caused to sustain injuries. Plaintiff claims that her injuries were caused by the negligence of Defendant Amtrak.

      3.    Defendant Amtrak is removing this action because Defendant Amtrak was created by an Act of Congress, 49 U.S.C. § 24101, et seq., and more than one-half its capital stock is owned by the United States. Thus, the above-described action is a civil action of which this Court has original jurisdiction under the provisions of Title 28. U.S.C. § 1331 and § 1349 and is one

which may be removed to this Court by Amtrak, pursuant to the provisions of Title 28, U.S.C. § 1441.

**WHEREFORE,** Defendant Amtrak prays that the action now pending against it in the Supreme Court of the State of New York in and for the County of New York be removed therefrom to this Court.

Dated: New York, New York
September 1, 2022

                Respectfully submitted,

                LANDMAN CORSI BALLAINE & FORD P.C.

                By: */s/ Sophia Ree*
                    Sophia Ree
                    Attorneys for Defendant National Railroad
                    Passenger Corporation
                    120 Broadway 13th Floor
                    New York, New York 10271
                    (212) 238-4800

TO: Charles Feinstein, Esq.
    Feinstein & Feinstein, Esqs.
    Attorneys for Plaintiff
    61 Broadway, Suite 2820
    New York, New York 10006
    (212) 363-3000

4855-4199-4542v.1