UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
JUANA CALZADO,          :
          :
          Plaintiff,     :
          :     22-CV-7490 (JMF)
     -v-     :
          :     ORDER
NATIONAL RAILROAD PASSENGER    :
CORPORATION,          :
          :
          Defendant.   :
          :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As stated on the record during the teleconference held earlier today:

- The deadline for fact discovery is extended to **April 14, 2023**. The deadline for expert discovery is extended to **May 12, 2023**. These are firm deadlines. No further extensions will be granted.

- The next pretrial conference is scheduled for **May 18, 2023, at 3:00 p.m.**

- On or before **March 31, 2023**, the parties are directed to submit a joint letter regarding the status of settlement negotiations; whether the Court should refer the case to either the assigned Magistrate Judge or Court-annexed mediation program; and if so, approximately when a settlement conference would be useful.

     SO ORDERED.

Dated: February 16, 2023
      New York, New York

                                           _____
                                               JESSE M. FURMAN
                                           United States District Judge